**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **WADE BUSH,** | |
| **Plaintiff,** | 1:06-cv-1879 OWW DLB P |
| v. | |
| **JAMES TILTON, et al.,** | ORDER DISMISSING ACTION |
| **Defendant** | |

**Pursuant to the request of the plaintiff, and no appearance having been made by the defendant, this action is ordered dismissed with prejudice.** IT IS SO ORDERED.

**Dated:   January 9, 2007**            /s/ Oliver W. Wanger
emm0d6                                    UNITED STATES DISTRICT JUDGE

1